IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TRIVIKRAM REDDY,<br><br>Defendant,<br><br>and<br><br>FIDELITY BROKERAGE SERVICES, LLC, JPMORGAN CHASE BANK, N.A, BANK OF NEW YORK MELLON, WELLS FARGO BANK, N.A., BANK OF AMERICA N.A., and PLAINS CAPITAL BANK,<br><br>Garnishees. | No. 3:19-CR-597-E (01) |

**CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 3202 (c), the undersigned counsel for the United States certifies that the following documents:

Application for Writ of Garnishment;
Clerk's Notice of Exemptions and Hearing Form;
Writ of Garnishment;
Answer Form; and
Letter of Instructions

(Dkts. 111-118) were sent to the garnishees by overnight mail on October 27, 2021, and received by the garnishees as acknowledged by their answers. (Dkts. 119-124).

After confirmation that each garnishee was served, the United States sent the garnishment process to defendant-judgment debtor, Trivikram Reddy, and his spouse,

Pritvi Kumar. The United States served Mr. Reddy via first-class mail to Beaumont, Texas 77720 [1] on January 24, 2022. Ms. Kumar was served via email to her attorney Arnold Spencer at arnoldspencer75225@gmail.com on November 23, 2021. Ms. Kumar also sent the United States a waiver of formal service, which is attached as Exhibit A.

The United States further certifies that there is no reason for the Clerk of Court to delay the lifting of the ex parte restriction on the prior filings related to this matter, as previously directed in the court's order for issuance of writ of garnishment.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ Beverly K. Chapman*
BEVERLY K. CHAPMAN
Assistant United States Attorney
Illinois Bar No. 6317514
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8812
beverly.chapman@usdoj.gov

[1] Pursuant to Fed. R. Crim. P. 49.1, the defendant's address has been redacted to the city and state to prevent public disclosure. Upon request of the court, the full address will be provided in camera.